AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

## APPEARANCE

Case Number: 08-5553

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Ehrlich Food Co., Inc.

I certify that I am admitted to practice in this court.

| 9/4/2008 | _[signature]_ |
|---|---|
| Date | Signature |
| | Richard C. Ebeling    RE1481 |
| | Print Name    Bar Number |
| | 8 Woodridge |
| | Address |
| | Putnam Valley    NY    10579 |
| | City    State    Zip Code |
| | (914) 328-5051    (914) 328-1581 |
| | Phone Number    Fax Number |